# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1117
Lower Tribunal No. 2023-CA-007101

_____

HEWITT A. GRANT, II,

Appellant,

v.

DENNIS P. MALONEY,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Lisa T. Munyon, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Hewitt A. Grant, II, East Palatka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Lydon Schultz, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED